# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

STB INVESTMENTS CORP., RICHARD BASCIANO, THOMAS SIMMONDS, FRANK CRESCI, ALEX WOLFINGTON, WOLFINGTON NETWORK, LLC, THE SALVATION ARMY, CHARLES DEITRICK, JOHN CRANFORD, ALISTAIR FRASER, PLATO MARINAKOS, JR., PLATO MARINAKOS ARCHITECT, LLC, JACK HIGGINS AND JACK F. HIGGINS ARCHITECT, INC.,

Petitioners

v.

ANGELO HARMON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF JUANITA HARMON, NADINE WHITE, LINDA BELL, BERNARD DITOMO, JENNIFER REYNOLDS, FELICIA HILL, ROSEMARY KREUTZBERG, RODNEY GEDDIS, SHIRLEY BALL AND STANLEY BALL, H/W, BETTY BROWN; MAGGIE ADAMS DAVIS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF BORBOR DAVIS, MARIYA PLEKAN, GEORGE SIMPSON, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF MARY SIMPSON, AIAH GBESSAY , AIAH BOYA AND FRANCIS SANKOH, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ROSELINE CONTEH, DECEASED, NANCY WINKLER AND JOHN BRYAN, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF ANNE BRYAN, MARGARITA AGOSTO, JONATHAN M. FINNEGAN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF

: No. 48 EM 2015

KIMBERLY FINNEGAN,  BONNIE B.         :
JOHNSON, INDIVIDUALLY AND AS          :
ADMINISTRATRIX OF THE ESTATE OF       :
DANNY C. JOHNSON,                      :
                                       :
            Respondents                :


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2015, the Application for Extraordinary Relief

Pursuant to the Court's King's Bench Power and/or Plenary Jurisdiction is **DENIED**.